UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES ALLEN EMLEY, <br><br> Petitioner, <br><br> v. <br><br> STEVEN SINCLAIR, <br><br> Respondent. | CASE NO. C08-1292-RAJ-BAT <br><br> ORDER DISMISSING § 2254 PETITION WITHOUT PREJUDICE |

The Court, having reviewed the petition for writ of habeas corpus, the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's federal habeas petition is DISMISSED, without prejudice, for failure to exhaust available state court remedies.

(3) The Clerk is directed to send copies of this Order to petitioner and to Judge Tsuchida.

DATED this 16th day of January, 2009.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING § 2254
PETITION WITHOUT PREJUDICE